**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**DATE: August 15, 2006**

| | | |
|---|---|---|
| **VERA I. WILLIAMSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. CIV-05-1295-W |
| | ) | |
| **SOUTHWESTERN OKLAHOMA** | ) | |
| **STATE UNIVERSITY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ENTER ORDER:**

The settlement conference was held on August 15, 2006, before Magistrate Judge Bana Roberts. Jana Leonard appeared on behalf of the Plaintiff as lead trial counsel and Kevin McClure appeared on behalf of Defendants as lead trial counsel.

      The case settled.

This Order entered at the direction of Magistrate Judge Bana Roberts.

                                      ROBERT D. DENNIS, Clerk

                                      By: ***Brandi Currin***

                                      Deputy Clerk

cc:    United States District Judge Lee West